**EXHIBIT I**

# BENDETT & McHUGH
## ATTORNEYS AT LAW

October 3, 2018

William York
335 Brown Road
Durham, ME 04222

RE:   335 Brown Road, Durham, Maine

Dear Sir/Madam:

This firm serves as legal counsel to Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V, the mortgagee ("Mortgagee") for the mortgage from Wayne F. York, Dorothy M. York and William York to Mortgage Electronic Registration Systems, Inc. as nominee for The Mortgage Office (the "Mortgage"), encumbering certain real property and improvements thereon located at 335 Brown Road, Durham, Maine (the "Property") which secures a certain promissory note (the "Note"; together with the Mortgage and all other documents executed in connection therewith, the "Loan Documents") of the same date.

Please be advised that the Note is in default for breach of the conditions contained in the Loan Documents, including without limitation the failure to make monthly payments due under the Note.

As of October 3, 2018, the full amount past due is $46,468.80 (the "Cure Amount"). Pursuant to 14 M.R.S.A. § 6111, the Loan Documents, and/or the Maine Consumer Credit Code, you have a right to cure the default by paying the full Cure Amount on or before November 10, 2018 (the "Cure Date"). **Please be advised only certified funds will be accepted.** Please make the check payable to: AIMP Management, the servicer of the Mortgage and mail your payment to:

Bendett & McHugh
270 Farmington, Ave., Suite 151
Farmington, CT 06032
ATTN: Rebecca Rollo

An itemization of the Cure Amount, including amounts of past due principal and interest, as well as fees, costs, and all charges required to cure the default is attached to this letter. The total amount needed to cure the default pursuant to this letter does not include any amounts that become due after the date of this letter. However, this will not change the amount needed to cure the default pursuant to this letter. If the default is not cured by the Cure Date, the balance of the Note may be deemed accelerated without further demand, and the Mortgagee or its successor or assignee (together, the "Lender") may proceed with foreclosure of the Mortgage. The Lender may also be entitled to all reasonable costs, expenses and fees incurred by the Lender in pursuing its remedies including, but not limited to, reasonable attorney's fees.

As of October 3, 2018, the Mortgage secures the amount of $353,170.19.

Notwithstanding any acceleration, pursuant to the terms of the Mortgage and/or applicable law, at any time before a judgment enters enforcing the Mortgage, you may have the opportunity to reinstate the mortgage loan by paying all sums which would then be due under the Mortgage had no acceleration occurred, including reasonable attorneys' fees and other costs of proceedings which have been incurred as of the date of such payment, and by complying with any reasonable requests of the Lender in connection with protection of its security interest in the Property, as set forth in the Mortgage. If you meet the conditions required to reinstate prior to the deadline established by applicable law and/or the loan documents, you will have the right to have the enforcement of the Mortgage discontinued, and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

You may have options available other than foreclosure. You may discuss available options with the Lender, its servicer if applicable, or a counselor approved by the United States Department of Housing and Urban Development ("HUD") (see attached list of agencies approved by HUD to assist mortgagors in the State to avoid foreclosure). Additional information may be found at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me. You are encouraged to explore available options prior to the Cure Date.

The contact information for an individual representing the lender that may modify the loan is: AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740, Ron McMahan, PH:  562-735-6554 (direct), Fax: 562-594-4591

Also, you may assert through court action the nonexistence of a default or any other defense you may have to acceleration and sale of the property. If a court action for foreclosure is commenced, you also have a right to assert those claims or defenses in response to that action. Where mediation is available under state law (14 M.R.S.A. §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

**NOTICE:**
**THE LAW FIRM OF BENDETT AND MCHUGH, PC IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY WHICH DISCHARGED THIS DEBT, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.**

Very truly yours,

*Carly J. Traub, Esq.*

Carly J. Traub, Esq.

SENT VIA FIRST CLASS CERTIFICATED, POSTAGE PREPAID

Itemization of Cure Amount  October 3, 2018

| | |
|---|---|
| Principal & Interest Payments<br>33 Payments @ $1,357.92 | $44,811.36 |
| Prior Servicer Escrow Advance | $266.44 |
| Attorney's Fees | $1,391.00 |
| Total arrearage | $46,468.80 |

This listing is current as of **10/01/2018**.

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water Street
AUGUSTA, Maine 04330-4665
**Counseling Services:** - Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:**
**Website:** www.mainehousing.org
**Agency ID:** 81227

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Counseling Services:** - Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.mainehousing.org
**Agency ID:** 84456

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
BANGOR, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** candice.carpenter@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:** - Financial Management/Budget Counseling
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:**
**Website:** http://www.midcoastmainecommunityaction.org
**Agency ID:** 80502

**Agency Name:** WALDO COMMUNITY ACTION PARTNERS
**Phone:** 207-338-6809
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 9 Field St Ste 201
Belfast, Maine 04915-6661
**Counseling Services:**

```
                        - Financial Management/Budget Counseling
                        - Mortgage Delinquency and Default Resolution Counseling
                        - Non-Delinquency Post Purchase Workshops
                        - Pre-purchase Counseling
                        - Pre-purchase Homebuyer Education Workshops
                        - Rental Housing Counseling
                        - Resolving/Preventing Mortgage Delinquency Workshops
                        - Services for Homeless Counseling
           Languages: - English
                        - French
                        - German
          Affiliation: MAINE STATE HOUSING AUTHORITY
             Website: http://waldocap.org
           Agency ID: 90310
```

```
         Agency Name: COASTAL ENTERPRISES, INCORPORATED
               Phone: 207-504-5900
           Toll Free: 877-340-2649
                 Fax:
               Email: jason.thomas@ceimaine.org
             Address: 30 Federal Street
                      Suite 100
                      BRUNSWICK, Maine 04011-1510
  Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                        - Financial Management/Budget Counseling
                        - Home Improvement and Rehabilitation Counseling
                        - Mortgage Delinquency and Default Resolution Counseling
                        - Non-Delinquency Post Purchase Workshops
                        - Pre-purchase Counseling
                        - Pre-purchase Homebuyer Education Workshops
                        - Predatory Lending Education Workshops
                        - Rental Housing Counseling
                        - Reverse Mortgage Counseling
                        - Services for Homeless Counseling
           Languages: - English
                        - Spanish
          Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
             Website: http://www.ceimaine.org
           Agency ID: 80985
```

```
         Agency Name: FOUR DIRECTIONS DEVELOPMENT CORPORATION
               Phone: 207-866-6546
           Toll Free:
                 Fax: 207-866-6553
               Email: snickerson@fourdirectionsmaine.org
             Address: 20 Godfrey Drive
                      ORONO, Maine 04473-3610
  Counseling Services: - Financial Management/Budget Counseling
                        - Financial, Budgeting, and Credit Workshops
                        - Home Improvement and Rehabilitation Counseling
                        - Non-Delinquency Post Purchase Workshops
                        - Pre-purchase Counseling
                        - Pre-purchase Homebuyer Education Workshops
           Languages: - English
          Affiliation: MAINE STATE HOUSING AUTHORITY
             Website: www.fourdirectionsmaine.org
           Agency ID: 83879
```

```
         Agency Name: AVESTA HOUSING DEVELOPMENT CORPORATION
               Phone: 207-553-7780-3347
           Toll Free: 800-339-6516
                 Fax: 207-553-7778
               Email: ndigeronimo@avestahousing.org
             Address: 307 Cumberland Avenue
                      PORTLAND, Maine 04101-4920
  Counseling Services: - Financial Management/Budget Counseling
                        - Home Improvement and Rehabilitation Counseling
                        - Mortgage Delinquency and Default Resolution Counseling
                        - Non-Delinquency Post Purchase Workshops
                        - Pre-purchase Counseling
                        - Pre-purchase Homebuyer Education Workshops
                        - Rental Housing Counseling
                        - Rental Housing Workshops
           Languages: - English
          Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
```

**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St
5th Floor
PORTLAND, Maine 04101-3427
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
**Languages:** - English
- Spanish
**Affiliation:** MONEY MANAGEMENT INTERNATIONAL INC.
**Website:** http://www.moneymanagement.org
**Agency ID:** 82632

---

**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - Arabic
- ASL
- Cambodian
- Cantonese
- Chinese Mandarin
- Creole
- Czech
- English
- Farsi
- French
- Hindi
- Hmong
- Indonesian
- Korean
- Polish
- Portuguese
- Russian
- Spanish
- Swahili
- Turkish
- Ukrainian
- Vietnamese
**Affiliation:**
**Website:** http://www.ptla.org
**Agency ID:** 80635

---

**Agency Name:** PROPERITY ME FKA COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@prosperityme.org
**Address:** 309 Cumberland Ave Ste 202
Portland, Maine 04101-4982
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

- Rental Housing Counseling
Languages: - English
- French
- Other
- Swahili
Affiliation: MAINE STATE HOUSING AUTHORITY
Website: http://cflme.org/
Agency ID: 80649

Agency Name: AROOSTOOK COUNTY ACTION PROGRAM, INC.
Phone: 207-764-3721
Toll Free:
Fax:
Email: N/A
Address: 771 Main St
Presque Isle, Maine 04769-2201
Counseling Services: - Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
Languages: - English
Affiliation: MAINE STATE HOUSING AUTHORITY
Website: http://www.acap-me.org
Agency ID: 83641

Agency Name: YORK COUNTY COMMUNITY ACTION AGENCY
Phone: 207-459-2903
Toll Free:
Fax: 207-490-5026
Email: Meaghan.Arzberger@yccac.org
Address: 6 Spruce Street
SANFORD, Maine 04073-2917
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
Languages: - English
Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
Website: http://www.yccac.org
Agency ID: 81150

Agency Name: COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
Phone: 207-333-6419
Toll Free:
Fax: 207-795-4069
Email: homequest@community-concepts.org
Address: 17 Market Square
SOUTH PARIS, Maine 04281-1533
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
Languages: - English
Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
Website: www.community-concepts.org
Agency ID: 81580

Agency Name: KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
Phone: 800-542-8227
Toll Free:
Fax:
Email: N/A
Address: 97 Water St
Waterville, Maine 04901-6339
Counseling Services: - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling

- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
Languages: - English
Affiliation: NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
Website: http://www.kvcap.org
Agency ID: 81685

# BENDETT & McHUGH

## ATTORNEYS AT LAW

October 3, 2018

Dorothy M. York
335 Brown Road
Durham, ME 04222

RE:    335 Brown Road, Durham, Maine

Dear Sir/Madam:

This firm serves as legal counsel to Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V, the mortgagee ("Mortgagee") for the mortgage from Wayne F. York, Dorothy M. York and William York to Mortgage Electronic Registration Systems, Inc. as nominee for The Mortgage Office (the "Mortgage"), encumbering certain real property and improvements thereon located at 335 Brown Road, Durham, Maine (the "Property") which secures a certain promissory note (the "Note"; together with the Mortgage and all other documents executed in connection therewith, the "Loan Documents") of the same date.

Please be advised that the Note is in default for breach of the conditions contained in the Loan Documents, including without limitation the failure to make monthly payments due under the Note.

As of October 3, 2018, the full amount past due is $46,468.80 (the "Cure Amount").  Pursuant to 14 M.R.S.A. § 6111, the Loan Documents, and/or the Maine Consumer Credit Code, you have a right to cure the default by paying the full Cure Amount on or before November 10, 2018 (the "Cure Date"). **Please be advised only certified funds will be accepted.**  Please make the check payable to AIMP Management, the servicer of the Mortgage and mail your payment to:

Bendett & McHugh
270 Farmington, Ave., Suite 151
Farmington, CT 06032
ATTN: Rebecca Rollo

An itemization of the Cure Amount, including amounts of past due principal and interest, as well as fees, costs, and all charges required to cure the default is attached to this letter. The total amount needed to cure the default pursuant to this letter does not include any amounts that become due after the date of this letter. However, this will not change the amount needed to cure the default pursuant to this letter. If the default is not cured by the Cure Date, the balance of the Note may be deemed accelerated without further demand, and the Mortgagee or its successor or assignee (together, the "Lender") may proceed with foreclosure of the Mortgage.  The Lender may also be entitled to all reasonable costs, expenses and fees incurred by the Lender in pursuing its remedies including, but not limited to, reasonable attorney's fees.

As of October 3, 2018, the Mortgage secures the amount of $353,170.19.

Notwithstanding any acceleration, pursuant to the terms of the Mortgage and/or applicable law, at any time before a judgment enters enforcing the Mortgage, you may have the opportunity to reinstate the mortgage loan by paying all sums which would then be due under the Mortgage had no acceleration occurred, including reasonable attorneys' fees and other costs of proceedings which have been incurred as of the date of such payment, and by complying with any reasonable requests of the Lender in connection with protection of its security interest in the Property, as set forth in the Mortgage. If you meet the conditions required to reinstate prior to the deadline established by applicable law and/or the loan documents, you will have the right to have the enforcement of the Mortgage discontinued, and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

You may have options available other than foreclosure. You may discuss available options with the Lender, its servicer if applicable, or a counselor approved by the United States Department of Housing and Urban Development ("HUD") (see attached list of agencies approved by HUD to assist mortgagors in the State to avoid foreclosure). Additional information may be found at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me. You are encouraged to explore available options prior to the Cure Date.

The contact information for an individual representing the lender that may modify the loan is: AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180,Seal Beach, CA 90740, Ron McMahan, PH:  562-735-6554 (direct), Fax: 562-594-4591

Also, you may assert through court action the nonexistence of a default or any other defense you may have to acceleration and sale of the property. If a court action for foreclosure is commenced, you also have a right to assert those claims or defenses in response to that action. Where mediation is available under state law (14 M.R.S.A. §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

**NOTICE:**
**THE LAW FIRM OF BENDETT AND MCHUGH, PC IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.  IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY WHICH DISCHARGED THIS DEBT, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.**

Very truly yours,

*Carly J. Traub, Esq.*

Carly J. Traub, Esq.

SENT VIA FIRST CLASS CERTIFICATED, POSTAGE PREPAID

270 FARMINGTON AVENUE, SUITE 151 • FARMINGTON, CONNECTICUT 06032 • TEL (860) 677-2868 • TDD/TYY PLEASE FIRST DIAL 711

Itemization of Cure Amount  October 3, 2018

| | |
|---|---|
| Principal & Interest Payments<br>33 Payments @ $1,357.92 | $44,811.36 |
| Prior Servicer Escrow Advance | $266.44 |
| Attorney's Fees | $1,391.00 |
| Total arrearage | $46,468.80 |

This listing is current as of **10/01/2018**.

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water Street
AUGUSTA, Maine 04330-4665
**Counseling Services:** - Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:**
**Website:** www.mainehousing.org
**Agency ID:** 81227

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Counseling Services:** - Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.mainehousing.org
**Agency ID:** 84456

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
BANGOR, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** candice.carpenter@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:** - Financial Management/Budget Counseling
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:**
**Website:** http://www.midcoastmainecommunityaction.org
**Agency ID:** 80502

**Agency Name:** WALDO COMMUNITY ACTION PARTNERS
**Phone:** 207-338-6809
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 9 Field St Ste 201
Belfast, Maine 04915-6661
**Counseling Services:**

Counseling Services: - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Resolving/Preventing Mortgage Delinquency Workshops
- Services for Homeless Counseling
Languages: - English
- French
- German
Affiliation: MAINE STATE HOUSING AUTHORITY
Website: http://waldocap.org
Agency ID: 90310

Agency Name: COASTAL ENTERPRISES, INCORPORATED
Phone: 207-504-5900
Toll Free: 877-340-2649
Fax:
Email: jason.thomas@ceimaine.org
Address: 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling
Languages: - English
- Spanish
Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
Website: http://www.ceimaine.org
Agency ID: 80985

Agency Name: FOUR DIRECTIONS DEVELOPMENT CORPORATION
Phone: 207-866-6546
Toll Free:
Fax: 207-866-6553
Email: snickerson@fourdirectionsmaine.org
Address: 20 Godfrey Drive
ORONO, Maine 04473-3610
Counseling Services: - Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
Languages: - English
Affiliation: MAINE STATE HOUSING AUTHORITY
Website: www.fourdirectionsmaine.org
Agency ID: 83879

Agency Name: AVESTA HOUSING DEVELOPMENT CORPORATION
Phone: 207-553-7780-3347
Toll Free: 800-339-6516
Fax: 207-553-7778
Email: ndigeronimo@avestahousing.org
Address: 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
Counseling Services: - Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops
Languages: - English
Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.

**Website:** www.avestahousing.org
**Agency ID:** 81144

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St
5th Floor
PORTLAND, Maine 04101-3427
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
**Languages:** - English
- Spanish
**Affiliation:** MONEY MANAGEMENT INTERNATIONAL INC.
**Website:** http://www.moneymanagement.org
**Agency ID:** 82632

**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - Arabic
- ASL
- Cambodian
- Cantonese
- Chinese Mandarin
- Creole
- Czech
- English
- Farsi
- French
- Hindi
- Hmong
- Indonesian
- Korean
- Polish
- Portuguese
- Russian
- Spanish
- Swahili
- Turkish
- Ukrainian
- Vietnamese
**Affiliation:**
**Website:** http://www.ptla.org
**Agency ID:** 80635

**Agency Name:** PROPERITY ME FKA COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@prosperityme.org
**Address:** 309 Cumberland Ave Ste 202
Portland, Maine 04101-4982
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

- Rental Housing Counseling
Languages: - English
- French
- Other
- Swahili
Affiliation: MAINE STATE HOUSING AUTHORITY
Website: http://cflme.org/
Agency ID: 80649

Agency Name: AROOSTOOK COUNTY ACTION PROGRAM, INC.
Phone: 207-764-3721
Toll Free:
Fax:
Email: N/A
Address: 771 Main St
Presque Isle, Maine 04769-2201
Counseling Services: - Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
Languages: - English
Affiliation: MAINE STATE HOUSING AUTHORITY
Website: http://www.acap-me.org
Agency ID: 83641

Agency Name: YORK COUNTY COMMUNITY ACTION AGENCY
Phone: 207-459-2903
Toll Free:
Fax: 207-490-5026
Email: Meaghan.Arzberger@yccac.org
Address: 6 Spruce Street
SANFORD, Maine 04073-2917
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
Languages: - English
Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
Website: http://www.yccac.org
Agency ID: 81150

Agency Name: COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
Phone: 207-333-6419
Toll Free:
Fax:
Email: homequest@community-concepts.org
Address: 17 Market Square
SOUTH PARIS, Maine 04281-1533
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
Languages: - English
Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
Website: www.community-concepts.org
Agency ID: 81580

Agency Name: KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
Phone: 800-542-8227
Toll Free:
Fax:
Email: N/A
Address: 97 Water St
Waterville, Maine 04901-6339
Counseling Services: - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling

- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

# BENDETT & McHUGH
## ATTORNEYS AT LAW

October 3, 2018

Wayne F. York
335 Brown Road
Durham, ME 04222

RE:   335 Brown Road, Durham, Maine

Dear Sir/Madam:

This firm serves as legal counsel to Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V, the mortgagee ("Mortgagee") for the mortgage from Wayne F. York, Dorothy M. York and William York to Mortgage Electronic Registration Systems, Inc. as nominee for The Mortgage Office (the "Mortgage"), encumbering certain real property and improvements thereon located at 335 Brown Road, Durham, Maine (the "Property") which secures a certain promissory note (the "Note"; together with the Mortgage and all other documents executed in connection therewith, the "Loan Documents") of the same date.

Please be advised that the Note is in default for breach of the conditions contained in the Loan Documents, including without limitation the failure to make monthly payments due under the Note.

As of October 3, 2018, the full amount past due is $46,468.80 (the "Cure Amount").  Pursuant to 14 M.R.S.A. § 6111, the Loan Documents, and/or the Maine Consumer Credit Code, you have a right to cure the default by paying the full Cure Amount on or before November 10, 2018 (the "Cure Date"). **Please be advised only certified funds will be accepted.**  Please make the check payable to AIMP Management, the servicer of the Mortgage and mail your payment to:

Bendett & McHugh
270 Farmington, Ave., Suite 151
Farmington, CT 06032
ATTN: Rebecca Rollo

An itemization of the Cure Amount, including amounts of past due principal and interest, as well as fees, costs, and all charges required to cure the default is attached to this letter. The total amount needed to cure the default pursuant to this letter does not include any amounts that become due after the date of this letter. However, this will not change the amount needed to cure the default pursuant to this letter. If the default is not cured by the Cure Date, the balance of the Note may be deemed accelerated without further demand, and the Mortgagee or its successor or assignee (together, the "Lender") may proceed with foreclosure of the Mortgage.  The Lender may also be entitled to all reasonable costs, expenses and fees incurred by the Lender in pursuing its remedies including, but not limited to, reasonable attorney's fees.

As of October 3, 2018, the Mortgage secures the amount of $353,170.19.

Notwithstanding any acceleration, pursuant to the terms of the Mortgage and/or applicable law, at any time before a judgment enters enforcing the Mortgage, you may have the opportunity to reinstate the mortgage loan by paying all sums which would then be due under the Mortgage had no acceleration occurred, including reasonable attorneys' fees and other costs of proceedings which have been incurred as of the date of such payment, and by complying with any reasonable requests of the Lender in connection with protection of its security interest in the Property, as set forth in the Mortgage. If you meet the conditions required to reinstate prior to the deadline established by applicable law and/or the loan documents, you will have the right to have the enforcement of the Mortgage discontinued, and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

You may have options available other than foreclosure. You may discuss available options with the Lender, its servicer if applicable, or a counselor approved by the United States Department of Housing and Urban Development ("HUD") (see attached list of agencies approved by HUD to assist mortgagors in the State to avoid foreclosure). Additional information may be found at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me. You are encouraged to explore available options prior to the Cure Date.

The contact information for an individual representing the lender that may modify the loan is: AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740, Ron McMahan, PH: 562-735-6554 (direct), Fax: 562-594-4591

Also, you may assert through court action the nonexistence of a default or any other defense you may have to acceleration and sale of the property. If a court action for foreclosure is commenced, you also have a right to assert those claims or defenses in response to that action. Where mediation is available under state law (14 M.R.S.A. §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

**NOTICE:**
**THE LAW FIRM OF BENDETT AND MCHUGH, PC IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY WHICH DISCHARGED THIS DEBT, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.**

Very truly yours,

*Carly J. Traub, Esq.*

Carly J. Traub, Esq.

SENT VIA FIRST CLASS CERTIFICATED, POSTAGE PREPAID

2

Itemization of Cure Amount  October 3, 2018

| | |
|---|---|
| Principal & Interest Payments 33 Payments @ $1,357.92 | $44,811.36 |
| Prior Servicer Escrow Advance | $266.44 |
| Attorney's Fees | $1,391.00 |
| Total arrearage | $46,468.80 |

This listing is current as of **10/01/2018**.

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water Street
AUGUSTA, Maine 04330-4665
**Counseling Services:** - Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:**
**Website:** www.mainehousing.org
**Agency ID:** 81227

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Counseling Services:** - Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.mainehousing.org
**Agency ID:** 84456

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
BANGOR, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** candice.carpenter@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:** - Financial Management/Budget Counseling
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:**
**Website:** http://www.midcoastmainecommunityaction.org
**Agency ID:** 80502

**Agency Name:** WALDO COMMUNITY ACTION PARTNERS
**Phone:** 207-338-6809
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 9 Field St Ste 201
Belfast, Maine 04915-6661
**Counseling Services:**

Website: www.avestahousing.org
Agency ID: 81144

Agency Name: MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
Phone: 866-232-9080
Toll Free: 866-232-9080
Fax: 866-921-5129
Email: counselinginfo@moneymanagement.org
Address: 477 Congress St
5th Floor
PORTLAND, Maine 04101-3427
Counseling Services: - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
Languages: - English
- Spanish
Affiliation: MONEY MANAGEMENT INTERNATIONAL INC.
Website: http://www.moneymanagement.org
Agency ID: 82632

Agency Name: PINE TREE LEGAL ASSISTANCE, INCORPORATED
Phone: 207-774-8211
Toll Free:
Fax: 207-828-2300
Email: nheald@ptla.org
Address: 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
Languages: - Arabic
- ASL
- Cambodian
- Cantonese
- Chinese Mandarin
- Creole
- Czech
- English
- Farsi
- French
- Hindi
- Hmong
- Indonesian
- Korean
- Polish
- Portuguese
- Russian
- Spanish
- Swahili
- Turkish
- Ukrainian
- Vietnamese
Affiliation:
Website: http://www.ptla.org
Agency ID: 80635

Agency Name: PROPERITY ME FKA COMMUNITY FINANCIAL LITERACY
Phone: 207-797-7890
Toll Free:
Fax:
Email: crwaganje@prosperityme.org
Address: 309 Cumberland Ave Ste 202
Portland, Maine 04101-4982
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

|  |  |
|---|---|
| Languages: | - Rental Housing Counseling<br>- English<br>- French<br>- Other<br>- Swahili |
| Affiliation: | MAINE STATE HOUSING AUTHORITY |
| Website: | http://cfime.org/ |
| Agency ID: | 80649 |

|  |  |
|---|---|
| Agency Name: | AROOSTOOK COUNTY ACTION PROGRAM, INC. |
| Phone: | 207-764-3721 |
| Toll Free: |  |
| Fax: |  |
| Email: | N/A |
| Address: | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| Counseling Services: | - Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| Languages: | - English |
| Affiliation: | MAINE STATE HOUSING AUTHORITY |
| Website: | http://www.acap-me.org |
| Agency ID: | 83641 |

|  |  |
|---|---|
| Agency Name: | YORK COUNTY COMMUNITY ACTION AGENCY |
| Phone: | 207-459-2903 |
| Toll Free: |  |
| Fax: | 207-490-5026 |
| Email: | Meaghan.Arzberger@yccac.org |
| Address: | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| Counseling Services: | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Services for Homeless Counseling |
| Languages: | - English |
| Affiliation: | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| Website: | http://www.yccac.org |
| Agency ID: | 81150 |

|  |  |
|---|---|
| Agency Name: | COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE |
| Phone: | 207-333-6419 |
| Toll Free: |  |
| Fax: | 207-795-4069 |
| Email: | homequest@community-concepts.org |
| Address: | 17 Market Square<br>SOUTH PARIS, Maine 04281-1533 |
| Counseling Services: | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling |
| Languages: | - English |
| Affiliation: | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| Website: | www.community-concepts.org |
| Agency ID: | 81580 |

|  |  |
|---|---|
| Agency Name: | KENNEBEC VALLEY COMMUNITY ACTION PROGRAM |
| Phone: | 800-542-8227 |
| Toll Free: |  |
| Fax: |  |
| Email: | N/A |
| Address: | 97 Water St<br>Waterville, Maine 04901-6339 |
| Counseling Services: | - Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling |

- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

Name and Address of Sender

Bendett and McHugh, P.C.
270 Farmington Avenue, Suite
151
Farmington, CT 06032

Check type of mail or service:

☐ Adult Signature Restricted Delivery
☐ Adult Signature Required
☐ Certified Mail
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

Affix Stamp Here
(if issued as a
certificate of mailing
or for additional
copies of this bill)
Postmark and
Date of Receipt

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code ™) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | RR Fee |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 9028FC-20176018 | | .70 | .70 | | | | | |
| 2. | 9028FC-20176018 | ██████████ | .70 | .70 | | | | | |
| 3. | 7587FC-20181137 | Dorothy M. York<br>335 Brown Road<br>Durham, ME 04222 | .70 | .70 | | | | | |
| 4. | 7587FC-20181137 | William York<br>335 Brown Road<br>Durham, ME 04222 | .70 | .70 | | | | | |
| 5. | 7587FC-20181137 | Wayne F. York<br>335 Brown Road<br>Durham, ME 04222 | .70 | .70 | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |

Total Number of Pieces
Listed by Sender

Total Number of Pieces
Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

$ 007.00°